IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALADDIN FOOD MANAGEMENT SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAINT AUGUSTINE'S UNIVERSITY, <br><br> Defendant. | CIVIL ACTION No. 2:25-CV-00528-NBF |

## AMENDED ENTRY OF DEFAULT JUDGMENT

On June 13, 2025, Plaintiff filed a Request for Entry of Default Judgment supported by an affidavit. On October 10, 2025, the Court granted the Plaintiff's motion to amend the Default Judgment. Pursuant to Fed. R. Civ. P. 55(b)(1), default judgment is entered against Defendant, Saint Augustine's University, in favor of Plaintiff, in the following sum-certain amount:

| | |
|---|---:|
| Principal: | $3,427,514.67 |
| Interest: | + $1,390,739.00 |
| Filing Fees | + $405.00 |
| Total: | $4,818,658.67 |

_____
Date

CLERK'S ENTRY OF JUDGMENT

Date: 10/10/2025

*Laura Kim*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena